IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Civil Action No. 5:10-CV-00402-D

| | |
|---|---|
| ELI LILLY AND COMPANY and ICOS Corporation, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SYNTHON PHARMACEUTICALS, INC., )<br>)<br>Defendant. ) | **ORDER ON MOTION TO CONSOLIDATE** |

Upon consideration of the motion filed by defendants Eli Lilly and Company and ICOS Corporation for an order consolidating this action with the parallel action captioned <u>Synthon Pharmaceuticals, Inc. v. Eli Lilly and Company and ICOS Corporation</u>, Civil Action No. 5:10-CV-00150-D, and it appearing that good cause exists for the consolidation of the cases, it is hereby ORDERED that the Motion to Consolidate is granted such that <u>Synthon Pharmaceuticals, Inc. v. Eli Lilly and Company and ICOS Corporation</u>, Civil Action No. 5:10-CV-00150-D shall be consolidated with <u>Eli Lilly and Company and ICOS Corporation v. Synthon Pharmaceuticals, Inc.</u>, Civil Action No. 5:10-CV-00402-D.

This the **10**th day of November, 2010.

_____
United States District Court Judge