# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| SYNTHON PHARMACEUTICALS, INC. [to be substituted out]; MYLAN PHARMACEUTICALS INC. [to be substituted in]<br><br>Plaintiffs,<br><br>v.<br><br>ELI LILLY and COMPANY and ICOS CORPORATION,<br><br>Defendants. | CIVIL ACTION NO.<br>5:10-cv-00150-D |
| ELI LILLY AND COMPANY and, ICOS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SYNTHON PHARMACEUTICALS INC. [to be substituted out]; MYLAN PHARMACEUTICALS INC. [to be substituted in]<br><br>Defendants. | CIVIL ACTION NO.<br>5:10-cv-0402-D |

### ORDER SUBSTITUTING MYLAN PHARMACEUTICALS INC. FOR SYNTHON PHARMACEUTICALS, INC.

THIS MATTER is before the Court on the Stipulated Motion for Consent Order Substituting Mylan Pharmaceuticals Inc. for Synthon Pharmaceuticals, Inc. filed by all parties. It appears to the Court that good cause exists to grant the Motion.

WHEREFORE, the Stipulated Motion for Consent Order Substituting Mylan Pharmaceuticals Inc. for Synthon Pharmaceuticals, Inc. is hereby GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Mylan Pharmaceuticals Inc. is substituted for Synthon Pharmaceuticals, Inc. as Plaintiff in Civil Action No. 5:10-cv-00150-D and Mylan Pharmaceuticals Inc. is substituted for Synthon Pharmaceuticals, Inc. as Defendant in 5:10-cv-0402-D.

SO ORDERED. This １ day of August 2017.

JAMES C. DEVER III
Chief United States District Judge